■ In the Matter of COUNTY OF ONEIDA, Respondent, v NIRAV R. SHAH, M.D., M.P.H., Commissioner, New York State Department of Health, et al., Appellants. [6 NYS3d 510]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered March 14, 2014 in a CPLR article 78 proceeding and declaratory judgment action. The judgment, among other things, directed respondents-de-

fendants to pay petitioner-plaintiff's pending claims for reimbursement in the amount of $3,123,878.56.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by denying the petition-complaint in its entirety and granting judgment in favor of respondents-defendants as follows:

It is adjudged and declared that section 61 of part D of section 1 of chapter 56 of the Laws of 2012 has not been shown to be unconstitutional, and as modified the judgment is affirmed without costs (*see Matter of County of Chautauqua v Shah*, 126 AD3d 1317 [2015]). Present—Smith, J.P., Carni, Lindley, Sconiers and DeJoseph, JJ.